NUMBER 13-08-00378-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

LEONARDO RAMIREZ AND ANITA RAMIREZ, Appellants,


v.



PATRICIA RODRIGUEZ, INDIVIDUALLY AND 

AS NEXT FRIEND OF ROBERTO RODRIGUEZ, 

JOSE ALBERTO RODRIGUEZ, AND 

MARIA GUADALUPE RODRIGUEZ, Appellees. 

 ____________________________________________________________


On appeal from the 332nd District Court of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 The appellants' brief in the above cause was due on April 3, 2009. On April 17,
2009, the Clerk of the Court notified appellants that the brief had not been timely filed and
that the appeal was subject to dismissal for want of prosecution under Texas Rule of
Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this
letter, appellant reasonably explained the failure and the appellee was not significantly
injured by the appellant's failure to timely file a brief. To date, no response has been
received from appellants. 

 Appellants have failed to either reasonably explain their failure to file a brief, file a
motion for extension of time to file their brief, or file their brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 

 PER CURIAM


Memorandum Opinion delivered and

filed this the 28th day of May, 2009.